UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Anthony Roberson,   Civil 12-2056 ADM/FLN

    Plaintiff,

v.   O R D E R

Thant Pearson, Area Manager for
Work Force Center/Vocational
Rehabilitation Services, et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 27, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* [Docket No. 2] is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 18, 2012.     s/Ann D. Montgomery

at Minneapolis, Minnesota     JUDGE ANN D. MONTGOMERY
                                          United States District Court

CASE 0:12-cv-02056-ADM-FLN   Document 5   Filed 09/18/12   Page 2 of 2